

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LEEDSMAN CONSTRUCTION, INC.<br>d/b/a TRAFFIC CONTROL SPECIALIST,<br><br>Appellant,<br><br>v.<br><br>JACIE LYNN GREEN,<br><br>Appellee. | §<br>§<br>§<br>§<br>§<br>§<br>§ | No. 08-23-00074-CV<br><br>Appeal from the<br><br>41st District Court<br><br>of El Paso County, Texas<br><br>Cause No. 2015DCV1968 |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY 2024.

GINA M. PALAFOX, Justice

July 31, 2024

Before Alley, C.J., Palafox and Soto, JJ.